# EXHIBIT A

V1, March 2024

## Investigation Summary

# Prepared by CNC Intelligence Inc.

Prepared for:

**Sayed Sadegi**





## Disclaimer

This report has been prepared exclusively for Sayed Sadegi and their legal representative. No material in this report may be distributed or reproduced without written permission, except for use by Law Enforcement. Without limitation, This Report does not offer any legal guidance or advice of any kind on any subject. In no event shall CNC Intelligence Inc. be liable for any damages resulting from, arising out of, or in connection to the use of the information in this report.

3                                                              Strictly Confidential

# Contents

1.   Our Services.................................................................................. 04

2.   Scope of the Investigation......................................................... 06

3.   Executive Summary .................................................................... 07

4.   Recommendations ...................................................................... 09

5.   Initial Transaction Overview ..................................................... 11

6.   Summary of VASP Addresses .................................................. 14

7.   Trace A............................................................................................ 18

8.   Trace B............................................................................................ 62

9.   Trace C............................................................................................ 76

10.  Additional Contact Details........................................................ 80

11.  Important Terminology ............................................................... 89

1 (202) 773-4626                                        inquiries@cncintel.com

# 1. Our Services

**CNC Intelligence is here to empower law enforcement agencies investigating and prosecuting cases involving digital assets.**

**Our services include:**

• **Crypto tracing and case assistance:** We provide comprehensive crypto tracing and open source intelligence services to help investigators track down and recover stolen assets. Our team is also available to put you in touch with federal or local partners who may be conducting similar traces.

• **Courses and training:** In addition to our case assistance services, we also offer training and courses to help law enforcement agencies build their knowledge and skills in the realm of cyber and cryptocurrency investigations. From basic introductions to advanced techniques, we have options for learners of all levels.

• **Expert witness services and opinion services:** As experts in the field of cryptocurrency tracing and forensic investigations, we are also available to provide professional opinion services and serve as expert witnesses in legal proceedings. Our team's expertise and credibility can be invaluable in building a strong case.

For further information, please contact us:

investigations@cncintel.com



5                                                                                     Strictly Confidential

# Our Partners:

## Professional Associations:









## Forensic Software:







1 (202) 773-4626                                            inquiries@cncintel.com

6                                                                                    Strictly Confidential

# 2. Scope of the Investigation



- The investigation involves the identification and tracing of cryptocurrency wallet addresses through transactions on a blockchain until a transaction involving a wallet's address owned by a Virtual Asset Service Provider (VASP) such as an exchange is identified.

- Each transaction may have multiple inputs and outputs. The most suitable output chosen for each transaction is determined by using established tracing methodology to reveal the most likely path to a relevant VASP. CNC most often employs the highest out, also know as TIHO method, discussed in the "Important Terminology" section of the report.

- Once a VASP (exchange) is identified, law enforcement can request KYC (Know Your Customer) information collected by the exchange to obtain the identity and location of the targets.

- When applicable, Open-source intelligence (OSINT) is gathered, and the data analyzed to produce actionable intelligence to assist in identifying the target(s).

7                                                                                    Strictly Confidential

# 3. Executive Summary

According to the information provided by Sayed Sadegi and analyzed by CNC Intelligence Inc. Sayed Sadegi was the victim of a fraudulent property crime which resulted in a financial loss equivalent to approximately $ 313,774 USD.

- CNC Intelligence's investigation team traced the movement of cryptocurrency assets originating from Sayed Sadegi's wallet.

- Through forensic analysis, CNC Intelligence Inc. has identified the information needed to ascertain the identity of the suspect.

- CNC Intelligence Inc. has prepared letters to contact the identified entities who, upon request from law enforcement or a court order, should provide the names and location of the suspects in this case.

- This report includes a detailed technical analysis of the movement of the assets and thorough explanation of the findings reached by forensic examination of the transactions provided by the client.

- CNC Intelligence uses both Open and Closed Source Intelligence.

- CNC Intelligence's team is available to assist law enforcement and the public prosecutor's office with this case, upon request at.



**Summary of Events**

We received a list of transactions that were initiated in October 2022 – August 2023 to send digital payments to a suspected fraudulent organization.

Based on the information we received from the client, we calculated a loss of 194,794 USDC, 113,958.21 USDT and 2.54754 ETH. This sum is approximately equivalent to the US dollar amount of $313,774.

 

8                                                                      Strictly Confidential

We conducted three traces and tracked the movement of cryptocurrency to eight exchanges or VASPs (Virtual Asset Service Providers), known as Binance, Btse, OKX, Crypto.com, HTX, Circle.com, Gate.io and Bybit.  An exchange functions much like a bank for cryptocurrency.

All transactions are timestamped according to the time they are recorded in the blockchain. For consistency, all timestamps in this report are listed in Universal Time Coordinated (UTC) unless otherwise noted.

According to our forensic analysis, fifteen significant transfers to an exchange were identified and are detailed in this report. The most likely outcome is an exchange for US Dollars or other government-issued currency.

We recommend that the identified exchanges be contacted and sent a request for the KYC (Know Your Customer) information of the beneficiaries of the relevant cryptocurrency transactions. KYC is a process of identifying and verifying the identity of customers to prevent money laundering and other financial crimes.

We remain available to assist law enforcement and can provide additional information as needed upon request.



**Georgiy Stanev**

**Certified Cryptocurrency Investigator**

**CNC Intelligence Inc.**

**Washington DC, USA**                                    **Tel Aviv, Israel**

9                                                          Strictly Confidential

# 4. Recommendations

The assistance of Law Enforcement or a court order will be required for the following actions.

## 4.1    Entities Identified

- VASP 1 - HTX
    - ○ HTX has control over the cryptocurrency that remains in the beneficiary's account and can do the following:
        - ▪ Freeze and seize the assets
        - ▪ Provide KYC to Law Enforcement
    - ○ Refer to Letter A attached for additional details.

- VASP 2 – Gate.io
    - ○ Gate.io has control over the cryptocurrency that remains in the beneficiary's account and can do the following:
        - ▪ Freeze and seize the assets
        - ▪ Provide KYC to Law Enforcement
    - ○ Refer to Letter B attached for additional details.

- VASP 3 - Kraken
    - ○ Kraken has control over the cryptocurrency that remains in the beneficiary's account and can do the following:
        - ▪ Freeze and seize the assets
        - ▪ Provide KYC to Law Enforcement
    - ○ Refer to Letter C attached for additional details.

- VASP 4 - Binance
    - ○ Binance has control over the cryptocurrency that remains in the beneficiary's account and can do the following:
        - ▪ Freeze and seize the assets

 

10                                                                                          Strictly Confidential

- - Provide KYC to Law Enforcement
  - Refer to Letter D attached for additional details.

- VASP 5 – Circle.com
  - Circle.com has control over the cryptocurrency that remains in the beneficiary's account and can do the following:
    - Freeze and seize the assets
    - Provide KYC to Law Enforcement
  - Refer to Letter E attached for additional details.

- VASP 6 –. Crypto.com
  - Crypto.com has control over the cryptocurrency that remains in the beneficiary's account and can do the following:
    - Freeze and seize the assets
    - Provide KYC to Law Enforcement
  - Refer to Letter F attached for additional details.

- VASP 7 - OKX
  - OKX has control over the cryptocurrency that remains in the beneficiary's account and can do the following:
    - Freeze and seize the assets
    - Provide KYC to Law Enforcement
  - Refer to Letter G attached for additional details.

- VASP 8 – Btse.com
  - Btse.com has control over the cryptocurrency that remains in the beneficiary's account and can do the following:
    - Freeze and seize the assets
    - Provide KYC to Law Enforcement
  - Refer to Letter H attached for additional details.

**Washington DC, USA**                                  CNC INTELLIGENCE                                  **Tel Aviv, Israel**

11                                                                    Strictly Confidential

# 5. Initial Transaction Overview

## 5.1    All Initial Digital Transactions-Cryptocurrency

| Date | Transaction Hash | Initial Receiving Address Name | Initial Receiving Address | Amount Sent* | Fiat Currency* *USD | Trace | Page |
|---|---|---|---|---|---|---|---|
| October 28, 2022 | 0x21d9c3c429f51fb74bef58a15cb1b92fe170e329bddaf552c9e911697e52898c | Address a1 | 0x53fcae3f55887a59317d40b2dd127fbb52f0158f | 9,990 USDC | $ 9,997 | A | 18 |
| November 18, 2022 | 0x1e0f9f222e14f88e9602cfeedb241e37a04c502db48d5904f364152b1fe8ad94 | Address a1 | 0x53fcae3f55887a59317d40b2dd127fbb52f0158f | 39,990 USDC | $ 40,027 | A | 19 |
| December 10, 2022 | 0xbf6c0f9e9a1d393e2d0016e1dc647b7e58d0b4b22d9e4557d0281385c54cac04 | Address a1 | 0x53fcae3f55887a59317d40b2dd127fbb52f0158f | 9,990 USDC | $ 9,990 | A | 19 |
| January 31, 2023 | 0x051f74c8c0b0caa5f008415c64e4dc5ea91cba97cf8d89ac82906a43b402da89 | Address a1 | 0x53fcae3f55887a59317d40b2dd127fbb52f0158f | 39,990 USDC | $ 39,966 | A | 20 |
| February 4, 2023 | 0xe73aacdaa4b8017303f6a5409d521e9ed1107b614d0f91a094071ddbdaf19b4f | Address a1 | 0x53fcae3f55887a59317d40b2dd127fbb52f0158f | 18,990 USDC | $ 19,048 | A | 20 |
| February 25, 2023 | 0x43d3e573a8bef988862e34a9d5138161ea20a9e17dd63dbf5f0d3934b3409a24 | Address a1 | 0x53fcae3f55887a59317d40b2dd127fbb52f0158f | 75,844 USDC | $ 75,842 | A | 21 |
| March 22, 2023 | 0xc6cf3814383af396cdd7f9c339308b583864390e0a436d922267046789331d8e | Address b1 | 0x1099f5a6180314929bcda0615ee13dc90e8a520a | 47,292.49 USDT | $ 47,416 | B | 62 |



12                                                                                    Strictly Confidential

| March 22, 2023 | 0xfcfd1c4c7dc486f6b5ec9ce885633acf4e9c7a628b49d4da2d9e741d0357b842 | Address b1 | 0x1099f5a6180314929bcda0615ee13dc90e8a520a | 1,313,69 USDT | $ 1,317 | B | 63 |
|---|---|---|---|---|---|---|---|
| May 23, 2023 | 0xbe59b9e66bb46f52180aeeb016cccf18483411f7ce164aefc7e4844f4f0297c4 | Address b1 | 0x1099f5a6180314929bcda0615ee13dc90e8a520a | 31,236.4 USDT | $ 31,294 | B | 63 |
| August 4, 2023 | 0x9cf6c0b07f56ca78e4b4324a51c1bed2b2350f01c721ff9e1813896063acf2b5 | Address b1 | 0x1099f5a6180314929bcda0615ee13dc90e8a520a | 34,115.63 USDT | $ 34,109 | B | 63 |
| July 8, 2023 | 0x8e5df5a2ccbeb44af236b50046e756c794bf4feba399bbfef2d400a1d5f40810 | Address c1 | 0x887c6250675a48be90bd79bf17e39c569c2b183f | 2.5476 ETH | $ 4,767 | C | 76 |
| **TOTAL CONFIRMED TRANSFERS** | | | | **194,794 USDC 113,958.21 USDT 2.54754 ETH** | | | |

*All amounts are rounded to the 5th decimal place

**Exchange rates are based either on the documentation provided by the client or the exchange rate at the close of the transaction date.

**Washington DC, USA**                          CNC INTELLIGENCE                          **Tel Aviv, Israel**

# Cryptocurrency Traces



14                                                                                    Strictly Confidential

# 6. Summary of VASP Wallets

The table "Significant Transfers to VASP" summarizes the transfer of assets that it appears were received by the suspected target based on our forensic analysis. CNC recommends that the relevant exchanges be sent requests for KYC information for the beneficiary of these transactions.

## 6.1    Significant Transfers to VASP

| Date | Sending Address | Transaction Hash | Amount | VASP Receiving Address | VASP | Trace | Page |
|---|---|---|---|---|---|---|---|
| November 10, 2022 | 0x82bdff92b259d83382c28a2d0cf3229e0d8b0b98 | 0xe9e27c0aeaf7e4f00adbe94bad43f742c80cd4e5049f79f0a529a4b226c9e898 | 681,349.4197 USDT | 0xac6fd845874f74fffbe1fdfec1552c19945e51b1 | HTX | A | 27 |
| November 10, 2022 | 0xac6fd845874f74fffbe1fdfec1552c19945e51b1 | 0xa34e2155e965bc9b8a5f3acf505147232b5b49f9021342fdf2f2b0347a377079 | 681,349.4197 USDT | 0x1062a747393198f70f71ec65a582423dba7e5ab3 | HTX | A | 27 |
| December 5, 2022 | 0x3aee9a4dd776dfeef2884d792a6d497a3c47a8dd | 0xe5c0dcc5e46a55ea0b6938f5477814a4a809ca0fdf13e14a1839ee83695647e2 | 1,489.17827 USDT | 0x837d9c5f188270814bdd006a8558d0ca09de072b | Gate.io | A | 40 |
| March 11, 2023 | 0x22dbc3ee60296c8fed53b0388335953ff5def4b9 | 0xfabe9ede3095243467115130b607c6227f1805d421b0facf30faea7ab9a83f1a | 300,000 USDC | 0x5e5f2876ead65688360ba837be1dd5cd0c1e675c | Kraken | A | 43 |
| March 11, 2023 | 0x5e5f2876ead65688360ba837be1dd5cd0c1e675c | 0x0202471a8d40727d50660fd022f6cd78766562f9a5d2044ee23a71fc5a863eb7 | 300,000 USDC | 0xae2d4617c862309a3d75a0ffb358c7a5009c673f | Kraken | A | 44 |
| February 2, 2023 | 0xa068b9a2a44530018cff6d75df1549c435b8bc6c | 0x28c5b092cae55a8167bddf704932c481fb0c6ce69e3139446fa8920ccc9afe3e | 50,000 USDT | 0x6007c7039023306f01405aecb969b812b04c176d | Binance | A | 46 |

**Washington DC, USA**                    CNC INTELLIGENCE                    **Tel Aviv, Israel**

15                                                                                    Strictly Confidential

| February 2, 2023 | 0xa068b9a2a44530018cff6d75df1549c435b8bc6c | 0x1b18607868f5d617c271a01c473463489f1f6f38953a09ae83e5611c8cb1b04f | 50,000 USDT | 0x6007c7039023306f01405aecb969b812b04c176d | Binance | A | 46 |
| February 2, 2023 | 0xa068b9a2a44530018cff6d75df1549c435b8bc6c | 0x31ce086c24a9660682f956aa1dd082d9da54d1249c5eaea5722cd51bcf756b18 | 40,750 USDT | 0x6007c7039023306f01405aecb969b812b04c176d | Binance | A | 46 |
| February 2, 2023 | 0x6007c7039023306f01405aecb969b812b04c176d | 0x0c5d167165592a01466c5fbfcce906bfaf7fc029ea38f24ca8616d4842d48597 | 140,750 USDT | 0x28c6c06298d514db089934071355e5743bf21d60 | Binance | A | 47 |
| February 8, 2023 | 0xdb08d2ab1186a0b94432b2f373fb733bc9ff1b35 | 0xefa4e57644574066fcd00d5b644b9442abe8bd5c5c31c27a4f9d10345722fef5 | 150,000 USDT | 0x3a855c9b99575ada9cb74d66533259cb244bac98 | Binance | A | 48 |
| March 13, 2023 | 0xa7dd0e36637c9d4e70e3cc5bff1ba9cdd06ac662 | 0x7b5310b6d48d4aebd2a652e4b18c6164e755e72ab888be98e360e17e4402d6ac | 300,000 USDT | 0x504434da8c50bfcae5dfcfdb3c7daf5112ba6d5c | Binance | A | 50 |
| December 27, 2022 | 0x74c749a9987b2cd6913bbf71a9a139bcd372f441 | 0x4b5c4d606957277321fa698e8522ba0c24acf7e78d72ec6207a5bc7ccbf75972 | 3,000,000 USDC | 0xe969803e5fe5ec8015d82c4e741f2348378e1f51 | Circle.com | A | 55 |
| December 27, 2022 | 0xe969803e5fe5ec8015d82c4e741f2348378e1f51 | 0x8c452309069530469434b3c090caf7f5efa78c4212f4a76d4d62cbd616f096fb | 3,000,000 USDC | 0x55fe002aeff02f77364de339a1292923a15844b8 | Circle.com | A | 55 |
| December 26, 2022 | 0xc15ce705ed15ad455df4d207d8067e3188003eb4 | 0x27d8357812d184a934b29e72ad7023e2bc9d615501b04cc0454acf11b7a5b01b | 60,000 USDT | 0x9616f2ff16621c42ea7dc1696a6da7adf4d2796c | Binance | A | 57 |
| December 26, 2022 | 0xc15ce705ed15ad455df4d207d8067e3188003eb4 | 0xa791813871e7541ab29fea15e2479275ca214622fb6d81d6d97753af2c491c90 | 70,000 USDT | 0x9616f2ff16621c42ea7dc1696a6da7adf4d2796c | Binance | A | 58 |
| December 26, 2022 | 0xc15ce705ed15ad455df4d207d8067e3188003eb4 | 0x8adeaf8d2bb533d4f4c5b8581f0c1f633b4ba87fd4e836d96fc91fa7770b14c0 | 60,000 USDT | 0x9616f2ff16621c42ea7dc1696a6da7adf4d2796c | Binance | A | 58 |
| December 26, 2022 | 0xc15ce705ed15ad455df4d207d8067e3188003eb4 | 0x78e1b4855a2d0a35bcf005ceb1db291bf704e11dd48b8b5ba3336890546fcc00 | 60,000 USDT | 0x9616f2ff16621c42ea7dc1696a6da7adf4d2796c | Binance | A | 59 |



16                                                                                          Strictly Confidential

| Date | From | To | Amount | Address | Exchange | Group | ID |
|---|---|---|---|---|---|---|---|
| December 26, 2022 | 0xc15ce705ed15ad455df4d207d8067e3188003eb4 | 0x6fbd6af4e833b6689d259331b1a9b599b8e8e1cdabf8572868a8633979a6429c | 110,000 USDT | 0x9616f2ff16621c42ea7dc1696a6da7adf4d2796c | Binance | A | 59 |
| December 26, 2022 | 0xc15ce705ed15ad455df4d207d8067e3188003eb4 | 0xbfbdb6d6b45f459cd4c95f855eaede21b3c3793b6311f3a4425b8234acdbf24e | 100,000 USDT | 0x9616f2ff16621c42ea7dc1696a6da7adf4d2796c | Binance | A | 59 |
| January 31, 2023 | 0xd0686c49ac178e9dbbcc6f226d583f465d5a3216 | 0x59f2e457242adefa727c051d9ea30c36ab940701a135ff4dd6a7f7caa05664d8 | 9,900 USDC | 0x72621920e27da3e649003dc923d8f61330b8a0ac | Crypto.com | A | 60 |
| January 31, 2023 | 0x72621920e27da3e649003dc923d8f61330b8a0ac | 0xc4d0357585955b2c74d7deb61f41bfc7845ef03bafb66f4495d5c647048d2aa3 | 9,900 USDC | 0xcffad3200574698b78f32232aa9d63eabd290703 | Crypto.com | A | 60 |
| February 2, 2023 | 0xd0686c49ac178e9dbbcc6f226d583f465d5a3216 | 0x343bec70c6833181fe54d0b7d377ae0061b5f9e909199940be86cd518a365760 | 1,534.5 USDC | 0xc4b8cd1f4348fc64ef3f5504e40c5459caa5f922 | Crypto.com | A | 61 |
| February 2, 2023 | 0xd0686c49ac178e9dbbcc6f226d583f465d5a3216 | 0xba13238f17c0a2d322f72cdfeeadb77c94a0311f02c7618603aa0bfe00e750f0 | 2,970 USDC | 0xc4b8cd1f4348fc64ef3f5504e40c5459caa5f922 | Crypto.com | A | 61 |
| March 29, 2023 | 0x2ad6de6d0f58d1785ebe2fc291b8f45fd95921c6 | 0x1f67151ddea5dd61a5f2152314ed78d6f9235efa6257bf67e9f729b705aee171 | 1,500,000 USDT | 0x8017292785d3c0b45929506234fa716135e1f5ed | OKX | B | 68 |
| May 30, 2023 | 0x6bc3ada1a861c5834d48d0aedc375f317be95bb2 | 0x35ec869ac743c44cf508d6835b7b82af9f4fd909a5234c72f45c49036a5a6ae9 | 96,000 USDT | 0xfda61601e1d0f5b918b0e580c984df39033d50c6 | Binance | B | 72 |
| May 30, 2023 | 0xfda61601e1d0f5b918b0e580c984df39033d50c6 | 0x7b7d161763396bdffb06b3a6275c3136890898c311490b7ef6cdf6d0c637f222 | 96,011 USDT | 0x28c6c06298d514db089934071355e5743bf21d60 | Binance | B | 72 |
| June 6, 2023 | 0x9b83512ab663c2b4acce8a3478af25fdd81f927b | 0x952768e7c62a4a9c9bc31517cf213e84c23eba987fc5a879511d58a4c51fa7e3 | 300,000 USDT | 0xddaad971be05321fd541372cd710a7f0555972ed | Btse.com | B | 73 |
| August 12, 2023 | 0x549a60ffc92e3a06c72573f7183a86477d710848 | 0xbbdb10ee332b3e879ac85ef0ba7272a0136bfcb8e1e836c6421a9f5d5a273bec | 720,980 USDT | 0xadba4c3a82c9e5a75d85c31539eb1b744a9622aa | Binance | B | 75 |

**Washington DC, USA**                        CNC INTELLIGENCE                        **Tel Aviv, Israel**

Strictly Confidential

| July 13, 2023 | 0x5a1bc313b 521aa61da8f b7a291c1653 92cf595f2 | 0x31ed8bb9b6d445 e5b3c0e6980fb0646 91e2c5a74a1ec04fa 5f36ef3c669a8112 | 4,789.521 68 USDT | 0x96fdc631f0 2207b72e580 4428dee274c f2ac0bcd | Binance | C | 78 |

*Highlighted rows signify an exchange "hotwallet" which may not give a particular individual's identifying info, therefore the transaction prior to the final transfer to VASP is included in the table and in the Letter to VASP.

1 (202) 773-4626



inquiries@cncintel.com

18                                                                    Strictly Confidential

# 7. Trace A

### 7.1    Overview of Trace A

Six initial amounts of 9,990 USDC, 39,990 USDC, 9,990 USDC, 39,990 USDC, 18,990 USDC and 75,844 USDC were sent over eighty nine transactions and 681,349.4197 USDT was received by an address in a HTX wallet, 1,489.17827 USDT was received by an address in a Gate.io walle,300,000 USDC was received by an address in a Kraken wallet, 140,750 USDT, 150,000 USDT, 300,000 USDT and 500,000 USDT were received by four different addresses in a Binance wallet , 3,00,000 USDC was received by an address in a Circle.com wallet and 9,900 USDC and4,504.5 USDC were received by two different addresses in a Crypto.com wallet .



### 7.2    List of Transactions

**Transaction 1**

The first initial transaction was made on October 28, 2022 at 3:52, 9,990 USDC was sent via

0x21d9c3c429f51fb74bef58a15cb1b92fe170e329bddaf552c9e911697e52898c (**Hash A1**)

to 0x53fcae3f55887a59317d40b2dd127fbb52f0158f (**Address a1**).

**CNC** INTELLIGENCE

19                                                              Strictly Confidential



## Transaction 2

The second initial transaction was made on November 18, 2022 at 4:06, 39,990 USDC was sent via

0x1e0f9f222e14f88e9602cfeedb241e37a04c502db48d5904f364152b1fe8ad94 (**Hash A2**)

to **Address a1**.



## Transaction 3

The third initial transaction was made on December 10, 2022 at 1:39, 9,990 USDC was sent via

0xbf6c0f9e9a1d393e2d0016e1dc647b7e58d0b4b22d9e4557d0281385c54cac04 (**Hash A3**)

to **Address a1**.

 

20                                                                                          Strictly Confidential



## Transaction 4

The fourth initial transaction was made on January 31, 2023 at 16:45, 39,990 USDC was sent via

0x051f74c8c0b0caa5f008415c64e4dc5ea91cba97cf8d89ac82906a43b402da89 (**Hash A4**)

to **Address a1**.



## Transaction 5

The fifth initial transaction was made on February 4, 2023 at 00:54, 18,990 USDC was sent via

0xe73aacdaa4b8017303f6a5409d521e9ed1107b614d0f91a094071ddbdaf19b4f (**Hash A5**)

to **Address a1**.



**Washington DC, USA**                                                      **Tel Aviv, Israel**

CNC INTELLIGENCE

21                                                                                    Strictly Confidential

### Transaction 6

The sixth initial transaction was made on February 25, 2023 at 00:39, 75,844 USDC was sent via

0x43d3e573a8bef988862e34a9d5138161ea20a9e17dd63dbf5f0d3934b3409a24 (**Hash A6**)

to **Address a1**.



### Transaction 7

On October 28, 2022 at 4:27, 9,990 USDC was swapped for 9,983.40341 USDT via

0x18a75e6247f620e13db3bd74dd2a38aea6346857a3b94de32945d9342e368d2f (**Hash A7**)



1 (202) 773-4626                                        inquiries@cncintel.com

22                                                                                    Strictly Confidential

### Transaction 8

On October 28, 2022 at 5:12, 9,983 USDT was sent from **Address a1** via

0x4adcef5e67a4ac4d8d20857ed57466b85b95b1ba07b381559d296ac8e2437199 (**Hash A8**)

to 0xaa786647f5608ef6157ec80c072914ad28ffa15d (**Address a2**).



### Transaction 9

On October 30, 2022 at 8:43, 10,000 USDT was sent from **Address a2** via

0xc204a39572dba5251d00626dcf472ea3573bd770a40b36175b0a837fe11391d8 (**Hash A9**)

to 0xf1ed72148790ce8969ae862a88f031fb62b60340 (**Address a3**).



23    Strictly Confidential

### Transaction 10

On November 2, 2022 at 10:41, 32,448 USDT was sent from **Address a3** via

0xb2baf22febd4fbf8ab1269bd3ea252bf093c2f467b6f918b919c46d26b7f1576 (**Hash A10**)

to 0x57315ca086ea7ae0336851247527db86c3bb7039 (**Address a4**).



### Transaction 11

On November 2, 2022 at 16:35, 282.639 USDT was sent from **Address a4** via

0xb2c72ac00d3db9c995cba6c681d45e8d5672847cfa7b5c98db67eed9a8754c54 (**Hash A11**)

to 0x7e2861b32e25505f39b40b19ac05c8ee05d4a292 (**Address a5**).



1 (202) 773-4626        inquiries@cncintel.com

24                                                                    Strictly Confidential

### Transaction 12

On November 4, 2022 at 4:24, 317,286 USDT was sent from **Address a5** via

0xe0915d81ab2cf1f1a99cbc32d3da26ea09ff5362a9876a2461972dd1485819f0 (**Hash A12**)

to 0xf241d389e53e7505503c09c7143c1177936177b4 (**Address a6**).



### Transaction 13

On November 4, 2022 at 6:20, 320,000 USDT was sent from **Address a6** via

0xed50342201ef19cce8d495dffa0e32389a56eeb77d45065787562ddf1a149ee3 (**Hash A13**)

to 0xdb7552a8ac599521d0796ac6a845ea3dfcc1fe63 (**Address a7**).



### Transaction 14

On November 4, 2022 at 8:32, 322,990 USDT was sent from **Address a7** via

0x0d7979ccfa2f4c3cb75b4c2c9c9083e26895b86cfddcd6b9e4928cdc9c924065 (**Hash A14**)

to 0xc2d677af67fc040899681223863d5f061f9e7950 (**Address a8**).

**Washington DC, USA**                    CNC INTELLIGENCE                    **Tel Aviv, Israel**

25                                                                          Strictly Confidential



## Transaction 15

On November 7, 2022 at 16:28, 322,990 USDT was sent from **Address a8** via

0x6686404b7375b5b994ca288ccc2c515afef914177cfaa8ff22886b61c18f7df4 (**Hash A15**)

to 0xd54f7a6cbb29af5ff52af3273a8e80b1d537ef3f (**Address a9**).



## Transaction 16

On November 9, 2022 at 8:17, 322,998 USDT was sent from **Address a9** via

0x6140fb7b84ef1138c7bc338ad6a93371a68187da598f3c396dbdfbce09217435 (**Hash A16**)

to **Address a7**.



## Transaction 17

On November 10, 2022 at 8:02, 681,349 USDT was sent from **Address a7** via

0x1878588063d532a95ddbab1f9cecde3998b5283ca65094cac133c8188e0e4057 (**Hash A17**)

to **Address a8**.

1 (202) 773-4626                                        inquiries@cncintel.com

26                                                                                      Strictly Confidential



## Transaction 18

On November 10, 2022 at 16:23, 681,349 USDT was sent from **Address a8** via

0xd217b8cc0339a824075cf28a410c75571e15d5b56e4f0607fdd34939ef207c64 (**Hash A18**)

to 0x8953f9c087b9f5b15e4600b3637b3f8591e202e3 (**Address a10**).



## Transaction 19

On November 10, 2022 at 17:36, 681,349 USDT was sent from **Address a10** via

0x590e7c760089e0e1de4d80c4ae179630ab2a9e5aa0e2fa2764e0e1f467cb14b2 (**Hash A19**)

to 0x82bdff92b259d83382c28a2d0cf3229e0d8b0b98 (**Address a11**).





27                                                                        Strictly Confidential

**Transaction 20**

On November 10, 2022 at 17:41, 681,349.4197 USDT was sent from **Address a11** via

0xe9e27c0aeaf7e4f00adbe94bad43f742c80cd4e5049f79f0a529a4b226c9e898 (**Hash A20**)

to 0xac6fd845874f74fffbe1fdfec1552c19945e51b1 (**Address a12**).



**Transaction 21**

On November 10, 2022 at 18:04, 681,349.4197 USDT was sent from **Address a12** via

0xa34e2155e965bc9b8a5f3acf505147232b5b49f9021342fdf2f2b0347a377079 (**Hash A21**)

to 0x1062a747393198f70f71ec65a582423dba7e5ab3 (**VASP 1, Address a13**) in a HTX wallet.



**Transaction 22**

On November 18, 2022 at 4:20, 39,990 USDC was sent from **Address a1** via

0x0de4c91ac45dac9b2e10e9fe469a6cceb257461ab997f2dd0411c85ce7b4eaea (**Hash A22**)

to 0xf8c07ba9fe1c45233937c2748cc1e59288fa0869 (**Address a14**).

 

28                                                                    Strictly Confidential



## Transaction 23

On February 1, 2023 at 5:41, 22,990 USDC was sent from **Address a1** via

0xf3b996c61375cb2a709a4647cddc28ef7c965629e9ec7f04bf27e8eddd43b905 (**Hash A23**)

to **Address a14**.



## Transaction 24

On February 4, 2023 at 5:00, 18,990 USDC was sent from **Address a1** via

0xfab01126f8ab567caed99bc77cafc25f394b9c13f4aec072a2b74d542adadbf1 (**Hash A24**)

to **Address a14**.

**Washington DC, USA**                    CNC INTELLIGENCE                    **Tel Aviv, Israel**

Strictly Confidential



## Transaction 25

On February 25, 2023 at 5:15, 75,844 USDC was sent from **Address a1** via

0x55866b18ef4853ca231306ea657721847b451d549d7d73225c96d0813c9be344 (**Hash A25**)

to **Address a14**.



## Transaction 26

On November 18, 2022 at 5:21, 93,738 USDC was swapped for 93,51.92142 USDT via

0x942b6628482a832580d846a53a9cb24facff12648e04e0abea4a5ffb9f4b02d3 (**Hash A26**)



 

30    Strictly Confidential

### Transaction 27

On February 1, 2023 at 5:43, 26,920 USDC was swapped for 26,904.92457 USDT via

0x8f4f9e302e9a3d0991693d90e1425ac209a567c4aeace25bcdc363ef9953eb30 (**Hash A27**)



### Transaction 28

On February 4, 2023 at 5:03, 105,450 USDC was swapped for 105,379.4773 USDT via

0x221f9fc61778d6391e71d1d5062a1da6295259bebfaea4e718f971c8b40b0864 (**Hash A28**)



### Transaction 29

On February 25, 2023 at 5:17, 90,824 USDC was swapped for 90,767.92925 USDT via

0x6cec4ac624c42a02f775fe3907f235c34adc69edf52736f55adfd8369140ed81 (**Hash A29**)



### Transaction 30

On November 18, 2022 at 5:39, 93,709 USDT was sent from **Address a14** via

0x1264209b611667edb7f0025eb32d9204e8355859c9626042289ceb453ed6ec96 (**Hash A30**)

to 0xdd9422fe7d4dac912933ded8005eb5f1b2a94d95 (**Address a15**).

31                                                      Strictly Confidential



### Transaction 31

On November 20, 2022 at 11:57, 285,362 USDT was sent from **Address a15** via

0xefa4e57644574066fcd00d5b644b9442abe8bd5c5c31c27a4f9d10345722fef5 (**Hash A31**)

to **Address a3.**



### Transaction 32

On November 20, 2022 at 12:15, 280,112 USDT was sent from **Address a3** via

0xe85dcf9412dbe14e8d0428179c33c64d83bc061285f644fb6cfcac6909619602 (**Hash A32**)

to 0xe0d4a95549c591c1e9a599dbdd8d1e6de542b181 (**Address a16**).



### Transaction 33

On November 20, 2022 at 16:48, 200,000 USDT was sent from **Address a16** via

0x5c542b075518c3e59fba3f135592cea7e527a4a5aaa8bd2587ab05e08995a0cf (**Hash A33**)

to 0xa36b2ed24f2e82da82e53847a66808935f447ddd (**Address a17**).

 

32                                                                         Strictly Confidential



## Transaction 34

On November 20, 2022 at 16:53, 150,000 USDT was sent from **Address a17** via

0xd671f15c5d70a198557a581cb262e20269f6a74c57770c5f1a1ef74d370f94fb (**Hash A34**)

to 0x73241db26e0ce4b17988347c20477cb3c8af2bb9 (**Address a18**).



## Transaction 35

On November 21, 2022 at 8:35, 542,661 USDT was sent from **Address a18** via

0x7d81f1d1312f82c282f9982c1cc265eb26bbd71044d1d1fffda32003ea383441 (**Hash A35**)

to 0x07e7d40bcef85b75380d3542ae8ac1f44356df85 (**Address a19**).



## Transaction 36

On November 22, 2022 at 7:24, 642,500 USDT was sent from **Address a19** via

0xe47234907428559e429a992ec63d4837b6e164b2c65a463de01acea2736bc0e5 (**Hash A36**)

to 0xc5d761bb28ccb7630f0e844c40bdce842dbe60f5 (**Address a20**).

**Washington DC, USA**                                        **Tel Aviv, Israel**

33                                                                                                    Strictly Confidential



### Transaction 37

On November 22, 2022 at 7:33, 120,000 USDT was sent from **Address a20** via

0xdcba84879561f1b7b12dd4ab889d6e5da278001a83a99f03fb4c9fd985904d2e (**Hash A37**)

to 0xc5d761bb28ccb7630f0e844c40bdce842dbe60f5 (**Address a21).**



### Transaction 38

On November 22, 2022 at 9:22, 222,661 USDT was sent from **Address a20** via

0x47b544f3e49a8b4588e0099fbc37d18d194f142ca3458d41f5024fcc5c93c115 (**Hash A38**)

to **Address a21.**



### Transaction 39

On November 22, 2022 at 8:33, 70,000 USDT was sent from **Address a21** via

0x1a6e6f93e9954b86f0b068a7ad37ff08707900f87a289b7bfd931d9400e4eeac (**Hash A39**)

to 0xb0c14495668b9036c6b368eb4266a4db1a2b6460 (**Address a22**).

 

34                                                                      Strictly Confidential



## Transaction 40

On November 22, 2022 at 9:50, 100,000 USDT was sent from **Address a21** via

0x7990a4178ac2996d1ad8f052dc8e691bc93d7a3b352e7b000c96a5ab04315551 (**Hash A40**)

to **Address a22.**



## Transaction 41

On November 22, 2022 at 9:55, 150,000 USDT was sent from **Address a21** via

0xbb629d338d4f491938f3edc3fe50df21ffa01121ca146d506a67c47ccd1dc2e2 (**Hash A41**)

to **Address a22.**



## Transaction 42

On November 23, 2022 at 4:16, 2,000,000 USDT was sent from **Address a22** via

0xd12c1612c0c336e41430668d881f54720518f9fa4dfea08acebc35811bc18616 (**Hash A42**)

to 0x640c7f9d7400815f357a64356c69905fd1f8acf8 (**Address a23**).

**Washington DC, USA**                    CNC INTELLIGENCE                    **Tel Aviv, Israel**

Strictly Confidential



## Transaction 43

On December 2, 2022 at 13:15, 1,000,000 USDT was sent from **Address a23** via

0xafd63fb70b22b6528b44dea764a673913a1fc8dc541b57dfc3207ef4684fa2bf (**Hash A43**)

to 0x8260e0070c6db81ed8349264c41ff3399d4d74c5 (**Address a24**).



## Transaction 44

On December 2, 2022 at 7:55, 600,000 USDT was sent from **Address a23** via

0x46a887290fab71c323d7ebf40770c31697b8e76a0ce5b7e2b846ac24c6825a34 (**Hash A44**)

to **Address a24.**



## Transaction 45

On December 2, 2022 at 10:24, 500,000 USDT was sent from **Address a23** via

0x27dde8cfb2677791408ab9171ebcefbedc8780b6f5bab22352dd126934d4ac4b (**Hash A45**)

to **Address a24.**

1 (202) 773-4626                                          inquiries@cncintel.com

36                                                                    Strictly Confidential



### Transaction 46

On December 2, 2022 at 13:20, 541,271.99 USDT was sent from **Address a24** via

0x9034846c5d7651786606e6bc29748918134b83b717e5781778739c47201cd89d (**Hash A46**)

to 0xce1c41305b9f13aaa8bdd312840ebbcdfde68a7f (**Address a25**).



### Transaction 47

On December 3, 2022 at 10:35, 408,163.27 USDT was sent from **Address a24** via

0x60e5294a049d1fb58d687eb3ab6b288285551c0c90f40ba91dbde3845a163ef3 (**Hash A47**)

to **Address a25.**



### Transaction 48

On December 2, 2022 at 13:25, 541,271.99 USDT was sent from **Address a25** via

0xd04595f8cf26471836047eaef4cf6dbc88c370317bef8bc34dfd013dbce62ecb (**Hash A48**)

to 0x235971be7c008cbcce3a946b84c96d5638b83411 (**Address a26**).

37                                                                                      Strictly Confidential



## Transaction 49

On December 2, 2022 at 13:28, 487,863.6706 USDT was sent from **Address a26** via

0x08dda4bd40df3694fa169de0f9fee05d29610409238b995ec1038e8358fb963f (**Hash A49**)

to 0xd4b890ab9ac3c2ad9d40192ddd60f69c6aac41be (**Address a27**).



## Transaction 50

On December 3, 2022 at 8:13, 1,000,000 USDT was sent from **Address a24** via

0xffb7f13675cc1c16f69c72c2048da685b6925a30967505b3e631bd1f0f0efd94 (**Hash A50**)

to 0xff1494d60e928f34a761ac6186ece0250a39c655 (**Address a28**).



## Transaction 51

On December 3, 2022 at 8:20, 1,000,010 USDT was sent from **Address a28** via

0xf8f822a586670547249da21666eb257a2eaabdd5042b0df22ed4af417ee3fdd2 (**Hash A51**)

to 0x0554e2a3fb70754c7bf012598c2a723c0e0feff3 (**Address a29**).

 

38                                                                                      Strictly Confidential



### Transaction 52

On December 3, 2022 at 8:23, 967,842.2718 USDT was sent from **Address a29** via

0xadc685c90d41c48a267e2d673050fb530c8faf1087333d683165b73eab121476 (**Hash A52**)

to **Address a27.**



### Transaction 53

On December 3, 2022 at 10:44, 379,793.4929 USDT was sent from **Address a29** via

0x7cfd02bb503ba16f9c91b0a352935b02c2e9befea351b9436e4f917cd79df245 (**Hash A53**)

to **Address a27.**



### Transaction 54

On December 4, 2022 at 4:47, 1,673,600 USDT was sent from **Address a27** via

0x0d4bfd57657c61e2a2fd1f103c4c1d1653d9a9a50e7fe4df5dd200f14422923a (**Hash A54**)

to 0xa7d688fcbec874e13498e9c33414305a43120919 (**Address a30**).

39                                                                                          Strictly Confidential



**Transaction 55**

On December 5, 2022 at 3:41, 2,300,000 USDT was sent from **Address a30** via

0x233e7b5065347e0791a3e547fd840b60f569c925617e08501693bc5eeac153f6 (**Hash A55**)

to **Address a24.**



**Transaction 56**

On December 5, 2022 at 16:25, 1,000,000 USDT was sent from **Address a24** via

0x26616480f08297697ee27e1bf1d641b1826768e0845ebb0709c9150d39f3b59a (**Hash A56**)

to 0x2ca3b250e55fad00e8b4ee90121b563e1a50efcd (**Address a31**).



**Transaction 57**

On December 5, 2022 at 16:30, 1,000,010 USDT was sent from **Address a31** via

0x1a406fd4751451cb587fb0ecbe37e428605587eb3dcc6a08169649dda7f03a97 (**Hash A57**)

to 0x3aee9a4dd776dfeef2884d792a6d497a3c47a8dd (**Address a32**).

1 (202) 773-4626                                                inquiries@cncintel.com

40                                                                                                      Strictly Confidential



### Transaction 58

On December 5, 2022 at 16:30, 1,489.17827 USDT was sent from **Address a32** via

0xe5c0dcc5e46a55ea0b6938f5477814a4a809ca0fdf13e14a1839ee83695647e2 (**Hash A58**)

to 0x837d9c5f188270814bdd006a8558d0ca09de072b (**VASP 2, Address a33**) in a Gate.io wallet.



### Transaction 59

On November 22, 2022 at 15:43, 327,755 USDT was sent from **Address a20** via

0x502656e836b0376bd0677410f8342f6a0281c274bae66a34bf64befae697167d (**Hash A59**)

to 0x2207fa51913b7fa3b5e76113e1dedac9beb36830 (**Address a34**).



41                                                                          Strictly Confidential

**Transaction 60**

On November 22, 2022 at 15:46, 200,793 USDT was sent from **Address a34** via

0xd40d8dc23ec56bea78a8ee5eada9ced0cc32b758ff11ac7f7a95fc22d76957a6 (**Hash A60**)

to 0xb49e18faa97c201c212b3b00cdaacd71bef59065 (**Address a35**).



**Transaction 61**

On November 27, 2022 at 12:15, 143,550 USDT was sent from **Address a35** via

0x0c1227aeb6c6d459c6b5f2e859d5e1e51a9dbcc9ad0211e4d864ca3e792461f2 (**Hash A61**)

to 0xe5fd859fe9ecea6f415b5ac3d0edcd0f14a1942b (**Address a36**).



**Transaction 62**

On November 27, 2022 at 20:34, 143,551 USDT was sent from **Address a36** via

0xfba2150033e66540656d85465af386cb102834e04e089259017089f553599275 (**Hash A62**)

to 0x66ceaa9dd0fb3962a78d3ea0ea9cbf8a6804d3ca (**Address a37**).



1 (202) 773-4626                                        inquiries@cncintel.com

42                                                                                          Strictly Confidential

**Transaction 63**

On November 27, 2022 at 20:41, 143,445.2246 USDT was sent from **Address a37** via

0x6f81ecf1c4f23914422d852580e6fcae038b76540d7278916cf0016781cfb774 (**Hash A63**)

to 0x07510be4feec303a26e02bdef94644ea1f56db97 (**Address a38**).



**Transaction 64**

On November 29, 2022 at 18:09, 200,000 USDT was sent from **Address a38** via

0xb8e047b930a686b2468c2da48293472b044e0c36e98e0cb491e98e43c5585242 (**Hash A64**)

to 0x9e3b8b64a56d8cbc99f0448330e553c477dca643 (**Address a39**).



**Transaction 65**

On December 19, 2022 at 13:13, 302,000 USDT was sent from **Address a39** via

0x28fabebf732a5bb6c4da4511cd0335d24861381c60a89d60a8d05c3eec80320a (**Hash A65**)

to 0xd620b01e5d70c73dda1e485baf8e971a87a5c803 (**Address a40**).



43                                                                Strictly Confidential

**Transaction 66**

On December 21, 2022 at 17:12, 403,000 USDT was swapped for 403,046.1696 USDC via

0x6b2edce69c35f7ec5bec413c93ba12f8ff25a58a0c0234037a123db03df92fdf (**Hash A66**)



**Transaction 67**

On December 21, 2022 at 17:13, 200,000 USDC was sent from **Address a40** via

0x16205ca4344c09d699f19669abe442b0bfd06b1cff0df53797a7672984f1af57 (**Hash A67**)

to 0x22dbc3ee60296c8fed53b0388335953ff5def4b9 (**Address a41**).



**Transaction 68**

On March 11, 2023 at 23:53, 300,000 USDC was sent from **Address a41** via

0xfabe9ede3095243467115130b607c6227f1805d421b0facf30faea7ab9a83f1a (**Hash A68**)

to 0x5e5f2876ead65688360ba837be1dd5cd0c1e675c (**Address a42**).

 

44                                                                                      Strictly Confidential



**Transaction 69**

On March 11, 2023 at 23:55, 300,000 USDC was sent from **Address a42** via

0x0202471a8d40727d50660fd022f6cd78766562f9a5d2044ee23a71fc5a863eb7 (**Hash A69**)

to 0xae2d4617c862309a3d75a0ffb358c7a5009c673f (**VASP 3, Address a43**) in a Kraken wallet.



**Transaction 70**

On February 1, 2023 at 5:49, 26,875 USDT was sent from **Address a14** via

0x9a1c00e31843fb18f9cf96f413b6266d5c16815f6888e7aa5ce60937c90f46a6 (**Hash A70**)

to **Address a3.**



45                                                                    Strictly Confidential

**Transaction 71**

On February 2, 2023 at 00:10, 172,222 USDT was sent from **Address a3** via

0x479f4e307906d7d11bb6b0663765aa246d4b9d7e363a6957990a48909137e761 (**Hash A71**)

to 0x8cf32719a7cc8aced6c468d0e01a9ae2304d3bf4 (**Address a44**).



**Transaction 72**

On February 2, 2023 at 5:58, 70,000 USDT was sent from **Address a44** via

0x5e09a5a9c17330ab06a7e3d5c7574e54b4cfd88e01e9a7d0b281cca268463a43 (**Hash A72**)

to 0xa068b9a2a44530018cff6d75df1549c435b8bc6c (**Address a45**).



**Transaction 73**

On February 2, 2023 at 6:00, 70,000 USDT was sent from **Address a44** via

0x96fb8f749ad23d57357a915b021e8493b6618203e68a2fc124d62db8e0c792c5 (**Hash A73**)

to **Address a45.**



1 (202) 773-4626                                  inquiries@cncintel.com

46                                                               Strictly Confidential

### Transaction 74

On February 2, 2023 at 7:17, 50,000 USDT was sent from **Address a45** via

0x28c5b092cae55a8167bddf704932c481fb0c6ce69e3139446fa8920ccc9afe3e (**Hash A74**)

to 0x6007c7039023306f01405aecb969b812b04c176d (**Address a46**).



### Transaction 75

On February 2, 2023 at 7:28, 50,000 USDT was sent from **Address a45** via

0x1b18607868f5d617c271a01c473463489f1f6f38953a09ae83e5611c8cb1b04f (**Hash A75**)

to **Address a46.**



### Transaction 76

On February 2, 2023 at 7:37, 40,750 USDT was sent from **Address a45** via

0x31ce086c24a9660682f956aa1dd082d9da54d1249c5eaea5722cd51bcf756b18 (**Hash A76**)

to **Address a46.**



**Washington DC, USA**                                        **Tel Aviv, Israel**



47                                                                      Strictly Confidential

**Transaction 77**

On February 2, 2023 at 8:00, 140,750 USDT was sent from **Address a46** via

0x0c5d167165592a01466c5fbfcce906bfaf7fc029ea38f24ca8616d4842d48597 (**Hash A77**)

to 0x28c6c06298d514db089934071355e5743bf21d60 (**VASP 4, Address a47**) in a Binance wallet.



**Transaction 78**

On February 4, 2023 at 5:06, 105,358 USDT was sent from **Address a14** via

0x982f720cdf583f922cb0c125405d244dff092385e81fda7d9c323766cae6b56c (**Hash A78**)

to 0x238d49ec8f048955e49cbddcc56b2c2e76492605 (**Address a48**).



**Transaction 79**

On February 8, 2023 at 10:04, 197,984 USDT was sent from **Address a48** via

0xe816652b391dd7c4fa29bb771444363b5a385efd4b64dbd1133d17cd9ec64834 (**Hash A79**)

to **Address a3.**

1 (202) 773-4626                                        inquiries@cncintel.com

48                                                              Strictly Confidential



## Transaction 80

On February 8, 2023 at 10:14, 151,515 USDT was sent from **Address a3** via

0x5f0c5ae4b2348af3f1b6cde35fc4c1bdec4cc0f74c1df7df64edaa744ff74229 (**Hash A80**)

to 0xbf05b58c968290354f2794221ae7712456ab15c0 (**Address a49**).



## Transaction 81

On February 8, 2023 at 10:22, 150,000 USDT was sent from **Address a49** via

0xdf7553d7d9fc6693cacd31c781360da2c432a5c10b7b0a67d77739a4c63181e3 (**Hash A81**)

to 0xdb08d2ab1186a0b94432b2f373fb733bc9ff1b35 (**Address a50**).



## Transaction 82

On February 8, 2023 at 10:28, 150,000 USDT was sent from **Address a50** via

0xefa4e57644574066fcd00d5b644b9442abe8bd5c5c31c27a4f9d10345722fef5 (**Hash A82**)

to 0x3a855c9b99575ada9cb74d66533259cb244bac98 (**VASP 4, Address a51**) in a Binance wallet.

**Washington DC, USA**                                        **Tel Aviv, Israel**

CNC
INTELLIGENCE

Strictly Confidential



## Transaction 83

On February 25, 2023 at 5:20, 90,733 USDT was sent from **Address a14** via

0x98a438f7c348eabe8aad39aef8b1eccb48e46fc856de37c452dc2e1d96c3c77f (**Hash A83**)

to 0x3dc1dea6db1c4bdf9d4416f7d69e117cbce58452 (**Address a52**).



## Transaction 84

On March 13, 2023 at 8:16, 200,000 USDT was sent from **Address a52** via

0xddc4318d52c31b2facfd60b1d2c396ed02ef511459d7f62666b34ef0d19efde2 (**Hash A84**)

to 0x31bbfb700bc130b470d550694d4644a8fba96509 (**Address a53**).



          

50                                                                    Strictly Confidential

### Transaction 85

On March 13, 2023 at 8:18, 199,000 USDT was sent from **Address a53** via

0x3207beb4fd9a2f5748625ff5bc2b4378f91edfd97c08dd9122d5a0e684663991 (**Hash A85**)

to 0x7f2a592039ecdb594c9da3a934dae59d783148da (**Address a54**).



### Transaction 86

On March 13, 2023 at 8:29, 300,000 USDT was sent from **Address a54** via

0xa36068d02a1a18e424a6b5c82ed055837b029269989cd22e2b48d0aadbeb0a5b (**Hash A86**)

to 0xa7dd0e36637c9d4e70e3cc5bff1ba9cdd06ac662 (**Address a55**).



### Transaction 87

On March 13, 2023 at 8:34, 300,000 USDT was sent from **Address a55** via

0x7b5310b6d48d4aebd2a652e4b18c6164e755e72ab888be98e360e17e4402d6ac (**Hash A87**)

to 0x504434da8c50bfcae5dfcfdb3c7daf5112ba6d5c (**VASP 4, Address a56**) in a Binance wallet.

51                                                                          Strictly Confidential



**Transaction 88**

On December 10, 2022 at 3:34, 9,990 USDC was sent from **Address a1** via

0xbc70ed8c641e9891847f79fd0b69b0d383d0f2fd1acc849aa393468a93936d48 (**Hash A88**)

to 0xd0686c49ac178e9dbbcc6f226d583f465d5a3216 (**Address a57**).



**Transaction 89**

On January 31, 2023 at 22:35, 17,000 USDC was sent from **Address a1** via

0x6aa984b58114566058d71a14b14c8492ac262302625a8c08fe32765bb26f0b92 (**Hash A89**)

to **Address a57.**



1 (202) 773-4626                                        inquiries@cncintel.com

52                                                    Strictly Confidential

### Transaction 90

On December 25, 2022 at 15:21, 3,000 USDC was swapped for 2,998.95 USDT via

0x6aa984b58114566058d71a14b14c8492ac262302625a8c08fe32765bb26f0b92 (**Hash A90**).



### Transaction 91

On December 25, 2022 at 15:49, 11,500 USDT was sent from **Address a57** via

0x5ea22ac4b301df0eb092d491b13b3505919e58cc01403ee099138b951f82a136 (**Hash A91**)

to 0xd1e9c2adc6f4cbc288630aed4e3a9f89f1a42e92 (**Address a58**).



### Transaction 92

On December 25, 2022 at 19:36, 143,764 USDT was sent from **Address a58** via

0x898d9c875bdf8eb5abcbd97a61f3a06fa22d99b2601aa95ad788fed055584856 (**Hash A92**)

to 0x4f37fbc2efb507b1f3d88b19f18db55d174fe70d (**Address a59**).

53    Strictly Confidential



### Transaction 93

On December 26, 2022 at 1:27, 97,892 USDT was sent from **Address a59** via

0x0c6186aa92cef50d9fa1b249d8cb4029cb2a5bcf10bad4d26349b887aec6644c (**Hash A93**)

to **Address a18.**



### Transaction 94

On December 27, 2022 at 10:35, 100,000 USDT was sent from **Address a18** via

0x9a46c61b85aa1b87b42f78673f3220933c3d3be21425ea21e9afe0487fe9e054 (**Hash A94**)

to 0xf532230637028438a4377d33291b8ce61667d461 (**Address a60**).



### Transaction 95

On December 27, 2022 at 10:36, 100,000 USDT was sent from **Address a60** via

0x574f015d97a30d6ca0da4e92a336ae2f7d205be08f860872e4828c9cfc60c8c5 (**Hash A95**)

to 0x77b4c9590c486b0b8d32d526a7deb7c6364bd9bb (**Address a61**).

 

54 Strictly Confidential



## Transaction 96

On December 27, 2022 at 15:29, 1,127,000 USDT was swapped for 1,126,763.0096 USDC via

0x9bb0e602b5e9f532293c5443301161c756fad585cc07bdadcec339f0567f0141 (**Hash A96**).



## Transaction 97

On December 27, 2022 at 15:30, 1,126,653.0096 USDC was sent from **Address a61** via

0x0f1a308d9bd50ce6008723580277eb889cdaca83b9350cbb2587aae037a99370 (**Hash A97**)

to 0x7564d5ed7bafb85415237df9bb3af2c5d65c7e3e (**Address a62**).



## Transaction 98

On December 27, 2022 at 15:31, 2,516,286.6 USDC was sent from **Address a62** via

0xa2ad7462961481ad5ec4b975d56905f5b1b5486338342ad4a238405445158bc2 (**Hash A98**)

to 0x74c749a9987b2cd6913bbf71a9a139bcd372f441 (**Address a63**).

Strictly Confidential



## Transaction 99

On December 27, 2022 at 17:17, 3,000,000 USDC was sent from **Address a63** via

0x4b5c4d606957277321fa698e8522ba0c24acf7e78d72ec6207a5bc7ccbf75972 (**Hash A99**)

to 0xe969803e5fe5ec8015d82c4e741f2348378e1f51 (**Address a64**).



## Transaction 100

On December 27, 2022 at 17:20, 3,000,000 USDC was sent from **Address a64** via

0x8c452309069530469434b3c090caf7f5efa78c4212f4a76d4d62cbd616f096fb (**Hash A100**)

to 0x55fe002aeff02f77364de339a1292923a15844b8 (**VASP 5, Address a65**) in a Circle.com wallet.





56                                                              Strictly Confidential

**Transaction 101**

On December 26, 2022 at 1:28, 55,913 USDT was sent from **Address a59** via

0xb463b98b1d42d0a72ffa889ea7d2961f7bc5fe1b62f383d380fba7c4ebaf9b84 (**Hash A101**)

to **Address a5.**



**Transaction 102**

On December 26, 2022 at 4:13, 501,182 USDT was sent from **Address a5** via

0xf34b4ac31dbb15aa783e013dd76a9cb8dbbe32983b15b298c0c52e0e3b92ab0f (**Hash A102**)

to **Address a6.**



**Transaction 103**

On December 26, 2022 at 5:50, 500,652 USDT was sent from **Address a6** via

0x210e887b4ef5b44afeb9e3ea67a1e2076886a719e3daf96ba41bcc2f8a30347c (**Hash A103**)

to 0xc15ce705ed15ad455df4d207d8067e3188003eb4 (**Address a66).**





57                                                                              Strictly Confidential

**Transaction 104**

On December 26, 2022 at 6:06, 300,000 USDT was sent from **Address a66** via

0xc534752e97295262bd70868d45cf177b1d83528ef3ebb873614ec140ef62cdad (**Hash A104**)

to 0xc15ce705ed15ad455df4d207d8067e3188003eb4 (**Address a67).**



**Transaction 105**

On December 26, 2022 at 6:40, 200,000 USDT was sent from **Address a66** via

0xb81766679484f6aeb5d049b2f04437137a0eb3f6f80280a267ffef6e81f1e112 (**Hash A105**)

to **Address a67.**



**Transaction 106**

On December 26, 2022 at 6:07, 60,000 USDT was sent from **Address a67** via

0x27d8357812d184a934b29e72ad7023e2bc9d615501b04cc0454acf11b7a5b01b (**Hash A106**)

to 0x9616f2ff16621c42ea7dc1696a6da7adf4d2796c (**VASP 4, Address a68**) in a Binance wallet.

 

Strictly Confidential



## Transaction 107

On December 26, 2022 at 6:19, 70,000 USDT was sent from **Address a67** via

0xa791813871e7541ab29fea15e2479275ca214622fb6d81d6d97753af2c491c90 (**Hash A107**)

to **VASP 4, Address a68** in a Binance wallet.



## Transaction 108

On December 26, 2022 at 6:25, 60,000 USDT was sent from **Address a67** via

0x8adeaf8d2bb533d4f4c5b8581f0c1f633b4ba87fd4e836d96fc91fa7770b14c0 (**Hash A108**)

to **VASP 4, Address a68** in a Binance wallet.



59                                                                                    Strictly Confidential

**Transaction 109**

On December 26, 2022 at 6:31, 110,000 USDT was sent from **Address a67** via

0x78e1b4855a2d0a35bcf005ceb1db291bf704e11dd48b8b5ba3336890546fcc00 (**Hash A109**)

to **VASP 4, Address a68** in a Binance wallet.



**Transaction 110**

On December 26, 2022 at 6:44, 100,000 USDT was sent from **Address a67** via

0x6fbd6af4e833b6689d259331b1a9b599b8e8e1cdabf8572868a8633979a6429c (**Hash A110**)

to **VASP 4, Address a68** in a Binance wallet.



**Transaction 111**

On December 26, 2022 at 6:50, 100,000 USDT was sent from **Address a67** via

0xbfbdb6d6b45f459cd4c95f855eaede21b3c3793b6311f3a4425b8234acdbf24e (**Hash A111**)

to **VASP 4, Address a68** in a Binance wallet.

1 (202) 773-4626                                                inquiries@cncintel.com

60                                                                                        Strictly Confidential



## Transaction 112

On January 31, 2023 at 22:36, 9,900 USDC was sent from **Address a57** via

0x59f2e457242adefa727c051d9ea30c36ab940701a135ff4dd6a7f7caa05664d8 (**Hash A112**)

to 0x72621920e27da3e649003dc923d8f61330b8a0ac (**Address a69**).



## Transaction 113

On January 31, 2023 at 22:50, 9,900 USDC was sent from **Address a69** via

0xc4d0357585955b2c74d7deb61f41bfc7845ef03bafb66f4495d5c647048d2aa3 (**Hash A113**)

to 0xcffad3200574698b78f32232aa9d63eabd290703 (**VASP 6, Address a70**) in a Crypto.com wallet.



61                                                                Strictly Confidential

**Transaction 114**

On February 2, 2023 at 22:09, 1,534.5 USDC was sent from **Address a57** via

0x343bec70c6833181fe54d0b7d377ae0061b5f9e909199940be86cd518a365760 (**Hash A114**)

to  0xc4b8cd1f4348fc64ef3f5504e40c5459caa5f922  (**VASP 6, Address a71**) in a  Crypto.com
wallet.



**Transaction 115**

On February 2, 2023 at 22:26, 2,970 USDC was sent from **Address a57** via

0xba13238f17c0a2d322f72cdfeeadb77c94a0311f02c7618603aa0bfe00e750f0 (**Hash A115**)

to **VASP 6, Address a71** in a Crypto.com wallet.



 

62                                                                          Strictly Confidential

# 8. Trace B

## 8.1     Overview of Trace B

Four initial amounts of 47,292.49 USDT, 1,313.69 USDT, 31,236.4 USDT and 34,115.63 USDT were sent over thirty-two transactions and 1,500,000 USDT was received by an address in an OKX wallet, 96,011 USDT was received by an address in a Binance wallet and 300,000 USDT was received by an address in a Btse.com wallet.



## 8.2     List of Transactions

**Transaction 1**

The first initial transaction was made on March 22, 2023 at 5:16, 47,292.49 USDT was sent via

0xc6cf3814383af396cdd7f9c339308b583864390e0a436d922267046789331d8e (**Hash B1**)

to 0x1099f5a6180314929bcda0615ee13dc90e8a520a (**Address b1**).





63                                                      Strictly Confidential

## Transaction 2

The second initial transaction was made on March 22, 2023 at 5:36, 1,313,69 USDT was sent via

0xfcfd1c4c7dc486f6b5ec9ce885633acf4e9c7a628b49d4da2d9e741d0357b842 (**Hash B2**)

to **Address b1**.



## Transaction 3

The third initial transaction was made on May 23, 2023 at 21:09, 31,236.4 USDT was sent via

0xbe59b9e66bb46f52180aeeb016cccf18483411f7ce164aefc7e4844f4f0297c4 (**Hash B3**)

to **Address b1**.



## Transaction 4

The fourth initial transaction was made on August 4, 2023 at 17:43, 34,115.63 USDT was sent via

0x9cf6c0b07f56ca78e4b4324a51c1bed2b2350f01c721ff9e1813896063acf2b5 (**Hash B4**)

to **Address b1**.

1 (202) 773-4626                                          inquiries@cncintel.com

64                                                                                          Strictly Confidential



## Transaction 5

On March 22, 2023 at 5:55, 48,606 USDT was sent from **Address b1** via

0xeaf29625e8ad6cbaa0d2bb5ccc2c81117979918ffd083c298bca6cf06e30eb00 (**Hash B5**)

to 0x9f6283d4fe206486c59b133bd1e7bd64bc0939a2 (**Address b2**).



## Transaction 6

On March 29, 2023 at 9:38, 300,000 USDT was sent from **Address b2** via

0xbc4ae456c496f56b1c91cb9e7743bb9e2131f29c9a84c86753bb5744c5d00ca0 (**Hash B6**)

to **Address a53**.



**Transaction 7**

On March 29, 2023 at 9:55, 1,000,000 USDT was sent from **Address a53** via

0xa418798db839cdadf1799719243116ab5c1ca12f9bf599a244fd5211f9c6fc37 (**Hash B7**)

to **Address a49**.



**Transaction 8**

On March 29, 2023 at 10:36, 883,652 USDT was sent from **Address a49** via

0x01c0812018a215b52c2b49e36239ad558813ade83f974e0d909b7a14d6ebc753 (**Hash B8**)

to 0x370d22d294032077526b606961081753bad8c7f7 (**Address b3**).



**Transaction 9**

On March 29, 2023 at 10:41, 883,652 USDT was sent from **Address b3** via

0x0d6a376d111a5dffe837714cdaebed7446cae336ccdb725b70a6fd85c6fe4800 (**Hash B9**)

to 0xafc9f59a9bccacad3f3a6221fa8cb155d9605e3c (**Address b4**).



1 (202) 773-4626                                                    inquiries@cncintel.com

66                                                                                          Strictly Confidential

---

**Transaction 10**

On March 29, 2023 at 10:42, 350,000 USDT was sent from **Address b4** via

0xf2af7ec3a5cab159903ffe8c9e1f1043043ff09a5a1e040bdf6a80a41a30c398 (**Hash B10**)

to 0x4cddc3d70063378b37cb94f6166afbef54928ad7 (**Address b5**).



**Transaction 11**

On March 29, 2023 at 10:59, 258,282.79 USDT was sent from **Address b5** via

0x80feafbd4409fd6af608df570e75378f531302dc92476bb242cbe782ddded9e8 (**Hash B11**)

to 0x4cddc3d70063378b37cb94f6166afbef54928ad7 (**Address b6**).



**Transaction 12**

On March 29, 2023 at 12:08, 316,609 USDT was sent from **Address b6** via

0x9501b9fee037014117a68972a0fa73ccf67f49ac53e231e18b4b2d36198e5781 (**Hash B12**)

to 0x690c745c90e9ed5bc669c64072b26c170795a67b (**Address b7**).



**Washington DC, USA**                                            **Tel Aviv, Israel**

67                                                                                      Strictly Confidential

**Transaction 13**

On March 29, 2023 at 12:09, 316,609 USDT was sent from **Address b7** via

0x3b0143e75cc466d24255847f9757fddef78e5903eb1be7d1faf06f4d5862b67f (**Hash B13**)

to 0x399b9bb27861031d23cdd100777ec6bcf2d78753 (**Address b8**).



**Transaction 14**

On March 29, 2023 at 17:47, 1,350,000 USDT was sent from **Address b8** via

0xdf96d3840d3b9a3ac361781903240eb14bc27d2c360ba53eec63066567b7c85d (**Hash B14**)

to 0x5952bedc2bec86201d876f3f368cf22b11310ed5 (**Address b9**).



**Transaction 15**

On March 29, 2023 at 17:51, 1,350,000 USDT was sent from **Address b9** via

0xb22c2a21915a9c0529ee8ad7922d072d5c03429b8710eeebcbd95f2b2eddea18 (**Hash B15**)

to 0x2ad6de6d0f58d1785ebe2fc291b8f45fd95921c6 (**Address b10**).



1 (202) 773-4626                                                inquiries@cncintel.com

68                                                                                      Strictly Confidential

**Transaction 16**

On March 29, 2023 at 17:52, 1,500,000 USDT was sent from **Address b10** via

0x1f67151ddea5dd61a5f2152314ed78d6f9235efa6257bf67e9f729b705aee171 (**Hash B16**)

to 0x8017292785d3c0b45929506234fa716135e1f5ed (**VASP 7, Address b11**) in an OKX wallet.



**Transaction 17**

On May 24, 2023 at 5:13, 25,958 USDT was sent from **Address b1** via

0xa4d8b85b14c505ebc0d73921e53f8e5f2eb02e2e43920a53db0ce0a876b721dc (**Hash B17**)

to 0xcc5717c4eec45f0c426cb767691cfda0fa77ef55 (**Address b12**).



**Transaction 18**

On May 25, 2023 at 19:55, 300,000 USDT was sent from **Address b12** via

0xdb54f2f37ad851566e81a9d08b21f7c54af3db881f47e76c9f055da0e4609e51 (**Hash B18**)

to **Address a53**.

**Washington DC, USA**                                                          **Tel Aviv, Israel**

CNC
INTELLIGENCE

69                                                                                    Strictly Confidential



**Transaction 19**

On May 26, 2023 at 9:51, 241,176 USDT was sent from **Address a53** via

0xf064154bf2ded01ae9b704c6034456c39af5810ca3b34e3f2d99a7dc90944dd3 (**Hash B19**)

to 0x04bebf2b9d62ab69eea39add74f66200cb7a597b (**Address b13**).



**Transaction 20**

On May 26, 2023 at 20:02, 220,211 USDT was sent from **Address b13** via

0x5ba890ce57d3c937635bf0f7c7cc9c85b34aa6f207de1c6bad32123ee843edd0 (**Hash B20**)

to 0xd2dd3caa1471c7afa6ab668da940c839cf7f4728 (**Address b14**).



**Transaction 21**

On May 27, 2023 at 00:59, 100,000 USDT was sent from **Address b14** via

0x95c89e6e576cceac000b3b45ae2654dcf79298876d09f5aab1eb2c4310577f1b (**Hash B21**)

to 0x2d6af5db74deaf70c77bd6462698acf92f00871c (**Address b15**).

 

70                                                                Strictly Confidential



### Transaction 22

On May 27, 2023 at 1:40, 50,000 USDT was sent from **Address b15** via

0x58a5c28e58e5cf67809848b4aeb0d5868105b2dd3dddcd875391bc1212142487 (**Hash B22**)

to 0x9f05b16adc8aafc7809041d57be7e3cabf5dc7dd (**Address b16**).



### Transaction 23

On May 29, 2023 at 1:47, 150,000 USDT was sent from **Address b16** via

0xe656edce284ba3492e77ea2491219de7f2f2781d8df7c452e83fd41696771682 (**Hash B23**)

to 0xe29b29c35cdaa2925dcfa10eb4939c6bb08d3aba (**Address b17**).



### Transaction 24

On May 29, 2023 at 3:40, 150,000 USDT was sent from **Address b17** via

0xc35e25f8c5b43d761e0b9a72b18da6889a32e56d279f517a3951338fdee7ad15 (**Hash B24**)

to 0x30dba925a5ccc8e3c2dde9925c86b8922c5997fb (**Address b18**).

**Washington DC, USA**                    CNC INTELLIGENCE                    **Tel Aviv, Israel**

Strictly Confidential



## Transaction 25

On May 29, 2023 at 13:28, 200,000 USDT was sent from **Address b18** via

0x990e30ecb42674904779da6e6c7a117d97c70928a08f433208c1490e0c88e03a (**Hash B25**)

to 0x2e58386e55f26d32ea791093c51519698e116015 (**Address b19**).



## Transaction 26

On May 29, 2023 at 14:14, 200,000 USDT was sent from **Address b19** via

0x736dc505e9738408087d880f101788ae6cecbde22abdf3c94e0e6cc78d73522a (**Hash B26**)

to 0x6bc3ada1a861c5834d48d0aedc375f317be95bb2 (**Address b20**).



 

72                                                          Strictly Confidential

**Transaction 27**

On May 30, 2023 at 8:58, 96,000 USDT was sent from **Address b20** via

0x35ec869ac743c44cf508d6835b7b82af9f4fd909a5234c72f45c49036a5a6ae9 (**Hash B27**)

to 0xfda61601e1d0f5b918b0e580c984df39033d50c6 (**Address b21**).



**Transaction 28**

On May 30, 2023 at 10:45, 96,011 USDT was sent from **Address b21** via

0x7b7d161763396bdffb06b3a6275c3136890898c311490b7ef6cdf6d0c637f222 (**Hash B28**)

to **VASP 4, Address a47** in a Binance wallet.



**Transaction 28**

On June 6, 2023 at 2:18, 300,000 USDT was sent from **Address b20** via

0xe669e0c85b6b71cb445926d89f87be534eeebad3f9a37b4e3a3e47a34bfe2b39 (**Hash B28**)

to 0x9b83512ab663c2b4acce8a3478af25fdd81f927b (**Address b22**).

Strictly Confidential



**Transaction 29**

On June 6, 2023 at 2:48, 300,000 USDT was sent from **Address b22** via

0x952768e7c62a4a9c9bc31517cf213e84c23eba987fc5a879511d58a4c51fa7e3 (**Hash B29**)

to 0xddaad971be05321fd541372cd710a7f0555972ed (**VASP 8, Address b23**) in a Btse.com.



**Transaction 30**

On August 5, 2023 at 4:34, 39,210 USDT was sent from **Address b1** via

0xdff8794e9285827bfdd32b0790e55cfef4ab557313afd9944cd6cda474080f4e (**Hash B30**)

to 0x730fb92c77eb5eda8202be8fd1c9f6a852be9d71 (**Address b24**).



 

74                                                                                      Strictly Confidential

---

**Transaction 31**

On August 12, 2023 at 8:43, 300,000 USDT was sent from **Address b24** via

0x1a24abcf3676fff4e47e91b19509cca787c777cfb8c2de7cde2a5a47020321b9 (**Hash B31**)

to **Address a53**.



**Transaction 32**

On August 12, 2023 at 8:48, 699,000 USDT was sent from **Address a53** via

0x09f1f5c31b656675570c4d615ecfca64632b7396f905e4b21b154f34fe7b5e29 (**Hash B32**)

to 0x71fd4b71e878f5c8558648fc3f872e67fb53ef54 (**Address b25**).



**Transaction 33**

On August 12, 2023 at 13:13, 700,000 USDT was sent from **Address b25** via

0x4923d84a9035effba9d3299dc6bb69d00c1d6e4abab44c298c19760f8ec28eca (**Hash B33**)

to 0x549a60ffc92e3a06c72573f7183a86477d710848 (**Address b26**).

**Washington DC, USA**                    CNC
                                          INTELLIGENCE                    **Tel Aviv, Israel**

75                                                                                          Strictly Confidential



**Transaction 34**

On August 12, 2023 at 13:47, 720,980 USDT was sent from **Address b26** via

0xbbdb10ee332b3e879ac85ef0ba7272a0136bfcb8e1e836c6421a9f5d5a273bec (**Hash B34**)

to 0xadba4c3a82c9e5a75d85c31539eb1b744a9622aa (**VASP 4, Address b27**) in a Binance wallet.



 

Strictly Confidential

# 9. Trace C

## 9.1    Overview of Trace C

An initial amount of 2.5476 ETH was sent over five transactions and 4,789.52168 USDT was received by an address in a Binance wallet.



## 9.2    List of Transactions

**Transaction 1**

The initial transaction was made on July 8, 2023 at 5:53, 2.5476 ETH was sent via

0x8e5df5a2ccbeb44af236b50046e756c794bf4feba399bbfef2d400a1d5f40810 (**Hash C1**)

to 0x887c6250675a48be90bd79bf17e39c569c2b183f (**Address c1**).

CNC INTELLIGENCE

Strictly Confidential



## Transaction 2

On July 8, 2023 at 6:30, 2.547 ETH was sent from **Address c1** via

0xb955e9c0ba8d8e57bb70a1cf2bac056d8e99bf36f56e36d4a6e4dd343ee4abf7 (**Hash C2**)

to 0xc504440c7678f186ac3ab99659dec155a14995e9 (**Address c2**).



## Transaction 3

On July 10, 2023 at 18:52, 2.5439 ETH was swapped for 4,788.92854 USDT via

0xa61a3b38810af0755525478a0f9c9062f54da9026b5c3182b15b2d4cccdabe5b (**Hash C3**)



 

78                                                                    Strictly Confidential

**Transaction 4**

On July 13, 2023 at 4:23, 4,789.52168 USDT was sent from **Address c2** via

0x5f2c32f0630a3bfc40664f630012d5ec8a6a179ce4876d4c8ed4e061cf080472 (**Hash C4**)

to 0x5a1bc313b521aa61da8fb7a291c165392cf595f2 (**Address c3**).



**Transaction 5**

On July 13, 2023 at 4:24, 4,789.52168 USDT was sent from **Address c3** via

0x31ed8bb9b6d445e5b3c0e6980fb064691e2c5a74a1ec04fa5f36ef3c669a8112 (**Hash C5**)

to 0x96fdc631f02207b72e5804428dee274cf2ac0bcd (**VASP 4, Address c4**) in a Binance wallet.



CNC
INTELLIGENCE

# Additional Contact Details



80                                                                          Strictly Confidential

# 10.  Additional Contact Details

## 10.1    VASP 1 – HTX

HTX, formerly HuobiGlobal, was established in 2013, and has become one of the world's largest digital asset exchanges with an accumulated trading volume of US $1 trillion. Having once accounted for half of the world's digital asset transactions, HTX now serves more than 5 million users in over 130 countries around the world. With compliance teams in Singapore, the United States, Japan, Korea, Hong Kong, Thailand, Australia and other countries and regions around the world, HTX is able to provide safe and reliable digital asset trading and management services to its customers.

**URL:** https://www.htx.com

**Address:**  Asia Square Tower 1, 8 Marina View, Central Business District, 01, Singapore

**Hosting Company:**  Alicloud HK

**Domiciled in the Seychelles.**

**Contact for Compliance:**

Email: **support@htx.com**

**Contact 1:**

Name: **Mars (Xianfeng) Cheng**

Email: **mars.cheng@huobi.com**

Linkedin: **https://www.linkedin.com/in/marscheng/**

**Contact 2:**

Name: **Leon Li**

**Washington DC, USA**                                                          **Tel Aviv, Israel**



81                                                                      Strictly Confidential

Email: **leon.li@huobi.com**

Telephone: **+82-02-6713-1683**

Linkedin: **https://www.linkedin.com/in/leon-li-13621bb8/**

## 10.2    VASP 2 – Gate.io

**Operating since 2013, Gate.io is one of the earliest and largest cryptocurrency exchanges, ranked 10th, in terms of 24 hr liquidity (14 Aug 20210 https://coinmarketcap.com/rankings/exchanges/ The "Gate ecosystem" consists of Gate.io, Wallet.io, HipoDeFi and Gatechain, all of which were created to provide users with a secure, simple and fair trading platform as well as the ability to safeguard assets and trading information.**

**URL:**https://gate.io

**Address:** McLean, VA  22106

**Hosting Company**: Cloudflare Inc.

Domiciled in Cayman Islands

**Contact for compliance:**

**Email: support@mail.gate.io**

Contact 1

**Name: Virgilio Lizardo**

**Email: virgilio_lizardo@yahoo.com**

**Telephone: +44 1273 772614**

**LinkedIn Page: https://www.linkedin.com/in/virgilio-lizardo-jr-259b701**

1 (202) 773-4626                                    inquiries@cncintel.com

82                                                          Strictly Confidential

## 10.3      VASP 3 – Kraken

**Founded in 2011, San Francisco-based Kraken is the largest Bitcoin exchange in euro volume and liquidity and also trading Canadian dollars, US dollars, British pounds and Japanese yen.**

**Kraken is trusted by hundreds of thousands of traders, the Tokyo government's cTheirt-appointed    trustee,    and    Germany's    BaFin    regulated    Fidor    Bank.**

**URL:** https://kraken.com
**Address:** 237 Kearny St #102, San Francisco, CA 94108
**Hosting Company:**  Cloudflare Inc.
**Domiciled in the United States**

**Contact for compliance:**
Email: **legal@kraken.com**

**Contact 1:**
Name: **Jesse Powell**
Role: **Compliance**
Email: **jesse@kraken.com**
Phone: **1 (415)-967-0320**
LinkedIn Page: **https://www.linkedin.com/in/jessepowell**

**Contact 2:**

Name: **Ed Stadum**
Email: **ed@kraken.com**
LinkedIn Page: **https://www.linkedin.com/in/stadum**

## 10.4    VASP 4 – Binance

**Binance is a global online platform for Digital Assets trading and refers to an ecosystem comprising Binance websites, mobile applications, clients, applets and other applications that are developed to offer Binance Services. It includes independently operated platforms, websites and clients within the ecosystem (e.g. Binance's Open Platform, Binance Launchpad, Binance Labs, Binance Charity, Binance DEX, Binance X, JEX, Trust Wallet, and fiat gateways).**

**URL:** https://binance.com
**Address:** Harbour Place, 2nd Floor North Wing GEORGE TOWN, GRAND CAYMAN Cayman Islands
**Hosting Company:** Cloudflare, Inc
**Domiciled in Hong Kong**

**Law Enforcement Portal: https://app.kodex.us/binance/signup**

**Contact for Compliance:**
investigations@binance.com

**Contact 1:**
Name: **Steven Christie (CCO)**
LinkedIn: **https://www.linkedin.com/in/steven-c-9b0aa02a**

**Contact 2:**
Name: **Changpeng Zhao (CEO)**
Email:**zhaochangpeng@binance.com**
LinkedIn: **https://www.linkedin.com/in/cpzhao**

 

Strictly Confidential

## 10.5    VASP 5 – Circle.com

Circle (Circle Internet Financial, LLC) founded in 2013, is a blockchain-focused financial services and payments. They offer peer-to-peer payments that allow users to hold, send and receive traditional fiat currencies.

Circle launched a stablecoin in 2018 known as USD Coin (USDC), an ERC-20 digital token that operates on the Ethereum blockchain.

They are domiciled in the United States with an additional office in Dublin, Ireland, UK. They are governed by the laws of the State of Delaware and United States federal law. Any disputes will be settled by the exclusive jurisdiction of the courts of Boston, Massachusetts.

They have social media presence on Twitter, Discord, Facebook, Instagram, and LinkedIn as well as a YouTube Channel.

Circle acquired Poloniex in February 2018, for $400 million. They then sold Poloniex to an Asian consortium of unidentified investors in 2019. More on this can be found here and here.

As of August 31,2020, Circle was in the process of shutting down the Circle Pay product. It is no longer possible to create a new Circle Pay account, and it is no longer offered on the platform.

**URL:** https://circle.com

**Hosting Company:**  Cloudflare, Inc.

**Contact for Compliance: subpoenas@circle.com**

**Domiciled in United States**

**Subpoenable in United States**

**Contact 1:**

Washington DC, USA                                                          Tel Aviv, Israel



Name: **Jeremy Allaire (CEO & Co-Founder)**

Linkedin: **https://www.linkedin.com/in/jeremyallaire**

Email: **jeremy@circle.com**

**Contact 2:**

Name: **Sean Neville (Co-Founder)**

Linkedin: **https://www.linkedin.com/in/seanneville**

## 10.6    VASP 6 – Crypto.com

**Crypto.com is a pioneering payments and cryptocurrency company with a mission to accelerate the world's transition to cryptocurrency. Crypto.com is working towards this goal with its portfolio of consumer products, including the Crypto.com Wallet & Card App, the MCO Visa Card, Crypto Invest, Crypto.com Chain, as well as Crypto Credit. The Crypto.com Wallet allows users to buy, sell, and pay with cryptocurrencies, such as Bitcoin (BTC), Ethereum (ETH), Litecoin (LTC), Ripple (XRP), Binance Coin (BNB) and Crypto.com's MCO and CRO Tokens.**

**URL:** https://crypto.com

**Address:** 1 Raffles Quav (North Tower). #09-06. Singapore. 048583. Singapore

**Hosting Company:** Cloudflare Inc.

**Domiciled in Singapore**

**Contact for Compliance:** complaints@crypto.com

**Contact 1:**

Name: **Kris Marszalek**

Email: **kris.marszalek@crypto.com**

Twitter: **https://twitter.com/cryptocom**

LinkedIn Page: **https://www.linkedin.com/in/krismarszalek/**

1 (202) 773-4626        inquiries@cncintel.com

86                                                                              Strictly Confidential

Facebook: **https://www.facebook.com/pg/CryptoComOfficial/about/**

**Contact 2:**

Name: **Gary Or**

Email: **gary@mona.co**

Twitter: **@pinglamb**

LinkedIn Page: **https://www.linkedin.com/in/pinglamb/**

## 10.7    VASP 7 – OKX

**Founded by Chinese businessman Star Xu in 2017, OKX claims to be the biggest spot and derivatives cryptocurrency exchange, services 20 million+ traders, in 200+ countries, offers 140+ cryptocurrency assets including privacy coins, 400+ trading pairs against BTC and USDT, provides a wallet service, an OKX pool (to stake your crypto for gains), DeFi platform, OKEx academy and more.**

**URL:** https://okx.com

**Hosting Company:** Cloudflare

**Has Offices in United States**

**Has Offices in China**

**Domiciled in United Kingdom**

**Contact for Compliance:**

Email: **enforcement@okx.com**

Telephone: **+1 226 798 4487**

**Contact 1:**

Name: **Jay Hao**

Email: **jayhao@okex.com**

Phone: **+852 5808 5768**

**Washington DC, USA**                                                          **Tel Aviv, Israel**



87                                                                              Strictly Confidential

Twitter: **@JayHao8**

LinkedIn Page: **https://www.linkedin.com/in/jayhaookex/**


## 10.8    VASP 8 – Btse.com


**Launched in 2018, BTSE is a trading platform supporting various cryptocurrencies, including privacy coin Monero, as well as futures contracts. A future contract is an agreement to buy or sell a cryptocurrency at a specific price at a predetermined date in the future. When trading futures, you're not trading the cryptocurrency itself, but contracts based on it.**


**URL:** https://btse.com/

**Hosting Company:**  Akamai Technologies, Inc.


**Contact for Compliance: support@btse.com**


**Contact 2:**

Name: **Jonathan Leong**

Twitter Page: **@BTSEJonathan**


**Contact 3:**

Name: **David Yang**

LinkedIn Page: **https://www.linkedin.com/in/david-yang-505768179/**


1 (202) 773-4626                                        inquiries@cncintel.com

# Important Terminology



89                                                    Strictly Confidential

# 11.  Important Terminology

**Blockchain**

A blockchain is the technology underlying Bitcoin and other cryptocurrencies. It is a shared digital ledger, or a continually updated list of all transactions. This decentralized ledger keeps a record of each transaction that occurs across a fully distributed or peer-to-peer network, either public or private. A blockchain's integrity hinges on strong cryptography that validates and chains together blocks of transactions, making it nearly impossible to tamper with any individual transaction record without being detected.

**Cryptocurrency**

A cryptocurrency (or crypto currency) is a digital asset designed to work as a medium of exchange using cryptography to secure the transactions and to control the creation of additional units of the currency. Cryptocurrencies are a subset of alternative currencies, specifically digital currencies.

**Cryptocurrency Exchange**

A business that allows customers to trade cryptocurrencies or digital currencies for other assets, such as conventional fiat money or other digital currencies. An exchange can be either a "traditional" exchange or a "P2P [Peer to Peer]" Exchange.

**Cryptocurrency Values**

Equivalent cryptocurrency values in USD, CAD, or EURO are according to the closing rate of the day of transfer.



Strictly Confidential

### Fiat Money

Fiat money is a government-issued currency that is not backed by a physical commodity, such as gold or silver.  Most modern currencies, such as the US dollar and Euro are fiat currencies.

### Initial Receiving Address

The initial receiving address is the first address the crypto was transferred to from the client's address.

### Know Your Customer (KYC)

The know your customer or know your client (KYC) guidelines in financial services requires that professionals try to verify the identity, suitability, and risks involved with maintaining a business relationship. The term can also refer to the bank regulations and anti-money laundering regulations that govern these activities. KYC processes are also employed by companies of all sizes for the purpose of ensuring their proposed customers, agents, consultants, or distributors are anti-bribery compliant, and are who they claim to be.

### Tracing Methodology

Through forensic analysis, cryptocurrency wallet addresses are identified and traced via transactions on a blockchain until a transaction is identified that involves a wallet's address owned by a Virtual Asset Service Provider (VASP) such as an exchange. Five main tracing methodologies are employed to trace the movement of cryptocurrency on the blockchain:

- **First in First Out (FIFO)**

  With the FIFO method, withdrawals from an account are deemed to be drawn against the deposits first made to it.

- **Last in First Out (LIFO)**

  LIFO (Last In, First Out) reverses the order used in FIFO. Instead of the assumption that the first item that goes in is the first to go out, LIFO assumes the last item that goes in is the first to go out.

91                                                              Strictly Confidential

- **Poison**

  For the Poison method the rule is that any transaction output that came from either a whole, or a part of, tainted input will be considered as a tainted output. This means that the clean cryptocurrency involved in the transaction will also become tainted.

- **Haircut**

  The Haircut method is similar to the Poison method, but the Haircut method adds an additional rule: the tainted output value is based on the proportional value of the tainted input.

- **TIHO (Taint In, Highest Out)**

  In transactions that involve the mixing of clean and tainted coins, the transaction output that has highest value, that is, the address that receives the highest amount of cryptocurrency is the main purpose or target of the transaction, and that tainted inputs are the most important inputs of the transaction. It is this method that is most frequently employed by CNC Intelligence.

**Transaction Hash**

A transaction hash/id is a unique string of characters that is given to every transaction that is verified and added to the blockchain. In many cases, a transaction hash is needed in order to locate funds.

**Universal Time Coordinated (UTC) or Coordinated Universal Time**

Prior to 1972, this time was called Greenwich Mean Time (GMT) but is now referred to as Coordinated Universal Time or Universal Time Coordinated (UTC).  It is a coordinated time scale, maintained by the Bureau International des Poids et Mesures (BIPM).  All times listed in this report have been adjusted for UTC.

**Virtual Asset Service Provider (VASP)**

A business which conducts one or more of the following activities or operations for or on behalf of another natural or legal person:

1 (202) 773-4626                                          inquiries@cncintel.com



92                                                                              Strictly Confidential

exchange between virtual assets and fiat currencies; exchange between one or more forms of virtual assets; transfer of virtual assets ("transfer" = conduct a transaction on behalf of another natural or legal person that moves a virtual asset from one virtual asset address or account to another); safekeeping and/or administration of virtual assets or instruments enabling control over virtual assets; and participation in and provision of financial services related to an issuer's offer and/or sale of a virtual asset. Sometimes called a "Digital Asset Service Provider".

**Wallet Address**

An address is a cryptographic key that "owns" cryptocurrency. This address is used to uniquely identify cryptocurrency. The person or persons who know the corresponding private key can send the cryptocurrency to any other address.



## Confidential

All information in this report is confidential and may not be shared without prior written authorization, except by law enforcement as part of an investigation.

